1

2

3

4          **IN THE UNITED STATES DISTRICT COURT**

5          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    DWIGHT TRINH,                              No. 2:15-cv-2440-KJM-CMK

8              Plaintiff,

9        vs.                                        ORDER

10   JOKSCH,

11             Defendant.

12   _____/

13          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

14   U.S.C. § 1983.   Pending before the court is plaintiff's motion for leave to amend (Doc. 6),

15   together with a proposed amended complaint.  Pursuant to Federal Rule of Civil Procedure

16   15(a)(1), a party may amend his pleading once as a matter of right at any time before being

17   served with a responsive pleading. A review of the docket reflects that no responsive pleading

18   has been served.  Therefore, plaintiff's motion is denied as unnecessary.  This action shall now

19   proceed on the amended complaint, which supercedes the prior complaint.  The amended

20   complaint will be addressed by separate order.

21          IT IS SO ORDERED.

22

23   DATED:  February 10, 2017

24                                              _____
                                                CRAIG M. KELLISON
25                                              UNITED STATES MAGISTRATE JUDGE

26

                                                1